Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Notice of appeal was given on the 20th of May, 1937. The statement of facts was filed in the trial court on the 21st of August, 1937, which was 93 days after notice of appeal had been given. This was too late. A statement of facts filed in the trial court more than 90 days from the date of notice of appeal is not entitled to consideration on appeal. Article 760, subd. 5, C. C.P.; Rountop v. State, 131 Tex.Cr.R. 615, 100 S.W.2d 706.

In the absence of the statement of facts, we are unable to appraise the objections to the court's charge.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## EVANS v. STATE.
### No. 19416.

Court of Criminal Appeals of Texas.

Feb. 16, 1938.

Sam H. Townsend, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of hogs; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.